# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STANPHILL, ELIZABETH S § Case No. 11-82492
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/31/2011 . The undersigned trustee was appointed on 05/31/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $      12,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 6,149.33 |
| Bank service fees | 538.53 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]         $ | 5,812.14 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 05/30/2013 and the deadline for filing governmental claims was 05/30/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,000.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,000.00 , for a total compensation of $ 2,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 83.80 , for total expenses of $ 83.80 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/25/2016          By: /s/DANIEL M. DONAHUE
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-82492 | TML | Judge: THOMAS M. LYNCH | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | STANPHILL, ELIZABETH S | | | | Date Filed (f) or Converted (c): | 05/31/11 (f) |
| | | | | | 341(a) Meeting Date: | 07/11/11 |
| For Period Ending: | 10/25/16 | | | | Claims Bar Date: | 05/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4698 Squaw Valley Drive Rockford, IL | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 25.00 | 0.00 | | 0.00 | FA |
| 3. Riverside Bank checking | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 800.00 | 0.00 | | 0.00 | FA |
| 7. Malpractice against Dr. Schiller, Swedish | Unknown | 12,501.00 | | 12,500.00 | FA |
| 8. 2010 Dodge Caliber 7,000 miles | 16,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $199,325.00 | $12,501.00 | | $12,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

There was a pending wrongful death action in two counts. The debtor disclosed the asset but did not claim any interest
or an exemption. One count was resolved and the parties agreed to allocate a portion of it to the bankruptcy estate to
facilitate settlement. The other count was voluntarily dismissed. The voluntarily dismissed count was timely refiled
and is pending in state court. There has been some discovery and there are pending motions for summary judgment but the
matter has not been set for trial. There is an opportunity that the estate may get a percentage of any settlement
although settlement discussions have not made much progress. If the matter goes to trial, it is likely that the court
will not allocate anything to the debtor who was the decedent's ex-wife. Trustee is keeping this matter open to
determine whether there will be any additional funds arising out of any settlement of the pending action.

Initial Projected Date of Final Report (TFR): 12/01/14     Current Projected Date of Final Report (TFR): 12/01/17

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-82492 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STANPHILL, ELIZABETH S | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0068  GENERAL CHECKING |
| Taxpayer ID No: | *******0131 | | |
| For Period Ending: | 10/25/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 12,247.36 | | 12,247.36 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 14.09 | 12,233.27 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 17.59 | 12,215.68 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 18.15 | 12,197.53 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 18.12 | 12,179.41 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 16.35 | 12,163.06 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 18.07 | 12,144.99 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 17.46 | 12,127.53 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 18.02 | 12,109.51 |
| 06/15/15 | 002001 | INTERNATIONAL SURETIES, LTD. | Chapter 7 Blanket Bond | 2300-000 | | 6.26 | 12,103.25 |
| | | ONE SHELL SQUARE | Bond #016018067 | | | | |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 17.41 | 12,085.84 |
| 07/07/15 | 002002 | MCGREEVY WILLIAMS | Attorney's Fees - 1st interim fees. | 3110-000 | | 6,000.00 | 6,085.84 |
| 07/07/15 | 002003 | MCGREEVY WILLIAMS | Attorney's Expenses - 1st fee app | 3120-000 | | 120.41 | 5,965.43 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.92 | 5,954.51 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,944.51 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,934.51 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,924.51 |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,914.51 |
| 12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,904.51 |
| 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,894.51 |
| 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,884.51 |
| 03/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,874.51 |
| 04/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,864.51 |
| 05/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,854.51 |
| 06/02/16 | 002004 | INTERNATIONAL SURETIES, LTD. | Bond Premium - Acct  #1000-900-1944 | 2300-000 | | 2.37 | 5,852.14 |
| | | | Page Subtotals | | 12,247.36 | 6,395.22 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 19.06a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 11-82492 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STANPHILL, ELIZABETH S | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0068  GENERAL CHECKING |
| Taxpayer ID No: | *******0131 | | |
| For Period Ending: | 10/25/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA  70139 | | | | | |
| 06/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,842.14 |
| 07/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,832.14 |
| 08/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,822.14 |
| 09/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,812.14 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,247.36 | 6,435.22 | 5,812.14 |
| Less:  Bank Transfers/CD's | 12,247.36 | 0.00 | |
| Subtotal | 0.00 | 6,435.22 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,435.22 | |

Page Subtotals          0.00          40.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 11-82492 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STANPHILL, ELIZABETH S | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******0569  GENERAL CHECKING |
| Taxpayer ID No: | *******0131 | | |
| For Period Ending: | 10/25/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/19/13 | 7 | ISMIE MUTUAL INSURANCE COMPANY<br>20 N. MICHIGAN AVE., STE. 700<br>CHICAGO, IL  60602 | SETTLEMENT PROCEEDS | 1149-000 | 12,500.00 | | 12,500.00 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 12.84 | 12,487.16 |
| * 06/04/13 | 000100 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Blanket Bond | 2300-003 | | 10.31 | 12,476.85 |
| 06/04/13 | | CONGRESSIONAL BANK | bank service fee (May, 2013) | 2600-000 | | 13.26 | 12,463.59 |
| * 06/27/13 | 000100 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | BLANKET BOND<br>International Sureties misplaced check | 2300-003 | | -10.31 | 12,473.90 |
| 06/27/13 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Blanket Bond #016018067<br>Replaces check number 100 dated 6/4/13 | 2300-000 | | 10.31 | 12,463.59 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 12.82 | 12,450.77 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 13.22 | 12,437.55 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 13.20 | 12,424.35 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 12.77 | 12,411.58 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 13.18 | 12,398.40 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 12.74 | 12,385.66 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 13.15 | 12,372.51 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 13.14 | 12,359.37 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 11.85 | 12,347.52 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 13.11 | 12,334.41 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 12.68 | 12,321.73 |

Page Subtotals    12,500.00    178.27

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-82492 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | STANPHILL, ELIZABETH S | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******0569 GENERAL CHECKING |
| Taxpayer ID No: | *******0131 | | | |
| For Period Ending: | 10/25/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/04/14 | 000102 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 9.98 | 12,311.75 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 13.08 | 12,298.67 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 12.64 | 12,286.03 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 13.04 | 12,272.99 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 13.03 | 12,259.96 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 12.60 | 12,247.36 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 12,247.36 | 0.00 |

|  | COLUMN TOTALS | 12,500.00 | 12,500.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 12,247.36 | |
|  | Subtotal | 12,500.00 | 252.64 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 12,500.00 | 252.64 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0068 | 0.00 | 6,435.22 | 5,812.14 |
| GENERAL CHECKING - ********0569 | 12,500.00 | 252.64 | 0.00 |
| | 12,500.00 | 6,687.86 | 5,812.14 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    12,321.73

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 19.06a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 25, 2016 |
|---|---|---|---|---|---|---|

Case Number:  11-82492  
Debtor Name:  STANPHILL, ELIZABETH S  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | $0.00 | $0.00 | $0.00 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $0.00 | $0.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $0.00 | $0.00 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Administrative | | $0.00 | $18.61 | $18.61 |
| 000001<br>070<br>7100-00 | ComEd<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | Unsecured | | $0.00 | $993.30 | $993.30 |
| 000002<br>070<br>7100-00 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Unsecured | | $0.00 | $7,454.41 | $7,454.41 |
| 000003<br>070<br>7100-00 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $0.00 | $1,425.49 | $1,425.49 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $2,012.60 | $2,012.60 |
| 000005<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $47.19 | $47.19 |
| 000006<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $897.58 | $897.58 |
| 000007<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $349.06 | $349.06 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 25, 2016 |

Case Number:  11-82492  
Debtor Name:  STANPHILL, ELIZABETH S  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $8,550.16 | $8,550.16 |
| 000009 070 7100-00 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $2,366.71 | $2,366.71 |
| 000010 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $736.07 | $736.07 |
| 000011 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $3,510.59 | $3,510.59 |
| 000012 070 7100-00 | PNC BANK PO BOX 94982 CLEVELAND, OHIO 44101 | Unsecured | | $0.00 | $2,816.02 | $2,816.02 |
| 000013 070 7100-00 | PNC BANK PO BOX 94982 CLEVELAND, OHIO 44101 | Unsecured | | $0.00 | $4,800.17 | $4,800.17 |
| 000014 070 7100-00 | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | Unsecured | | $0.00 | $167.35 | $167.35 |
| | Case Totals: | | | $0.00 | $36,145.31 | $36,145.31 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-82492
Case Name: STANPHILL, ELIZABETH S
Trustee Name: DANIEL M. DONAHUE

Balance on hand $ 5,812.14

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Trustee Expenses: DANIEL M. DONAHUE | $ 83.80 | $ 0.00 | $ 83.80 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 0.00 | $ 6,000.00 | $ 0.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 0.00 | $ 120.41 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 18.61 | $ 18.61 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,083.80

Remaining Balance $ 3,728.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,126.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd | $ 993.30 | $ 0.00 | $ 102.51 |
| 000002 | Fifth Third Bank | $ 7,454.41 | $ 0.00 | $ 769.31 |
| 000003 | First National Bank of Omaha | $ 1,425.49 | $ 0.00 | $ 147.11 |
| 000004 | PYOD, LLC its successors and assigns as | $ 2,012.60 | $ 0.00 | $ 207.70 |
| 000005 | Quantum3 Group LLC as agent for | $ 47.19 | $ 0.00 | $ 4.87 |
| 000006 | Quantum3 Group LLC as agent for | $ 897.58 | $ 0.00 | $ 92.63 |
| 000007 | Quantum3 Group LLC as agent for | $ 349.06 | $ 0.00 | $ 36.03 |
| 000008 | Capital One Bank (USA), N.A. | $ 8,550.16 | $ 0.00 | $ 882.39 |
| 000009 | Capital One, N.A. | $ 2,366.71 | $ 0.00 | $ 244.25 |
| 000010 | Capital Recovery V, LLC | $ 736.07 | $ 0.00 | $ 75.96 |
| 000011 | Capital Recovery V, LLC | $ 3,510.59 | $ 0.00 | $ 362.30 |
| 000012 | PNC BANK | $ 2,816.02 | $ 0.00 | $ 290.62 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | PNC BANK | $ 4,800.17 | $ 0.00 | $ 495.39 |
| 000014 | Rockford Mercantile | $ 167.35 | $ 0.00 | $ 17.27 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,728.34 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE