# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STANPHILL, ELIZABETH S    §     Case No. 11-82492
§
Debtor    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 196,000.00 *(Without deducting any secured claims)* | Assets Exempt: 3,325.00 |
| Total Distributions to Claimants: 3,728.34 | Claims Discharged Without Payment: 45,583.24 |
| Total Expenses of Administration: 8,771.66 | |

3) Total gross receipts of $ 12,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 188,725.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,771.66 | 8,771.66 | 8,771.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,031.88 | 36,126.70 | 36,126.70 | 3,728.34 |
| **TOTAL DISBURSEMENTS** | $ 235,756.88 | $ 44,898.36 | $ 44,898.36 | $ 12,500.00 |

4) This case was originally filed under chapter 7 on 05/31/2011 . The case was pending for 73 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/07/2017                    By:/s/DANIEL M. DONAHUE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Malpractice against Dr. Schiller, Swedish | 1149-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | 17,925.00 | NA | NA | 0.00 |
| | Flagstar Bank 5151 Corporate Drive Troy, MI 48098 | | 170,800.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 188,725.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| DANIEL M. DONAHUE, TRUSTEE | 2200-000 | NA | 83.80 | 83.80 | 83.80 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 28.92 | 28.92 | 28.92 |
| BANK OF KANSAS CITY | 2600-000 | NA | 306.18 | 306.18 | 306.18 |
| CONGRESSIONAL BANK | 2600-000 | NA | 232.35 | 232.35 | 232.35 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 6,000.00 | 6,000.00 | 6,000.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 120.41 | 120.41 | 120.41 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,771.66 | $ 8,771.66 | $ 8,771.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Axberg Heating 3230 Pyramid Drive Rockford, IL 61109 | | 130.00 | NA | NA | 0.00 |
| | Chase - Cc PO Box 15298 Wilmington, DE 19850 | | 550.00 | NA | NA | 0.00 |
| | Citi Ctb Po Box 22066 Tempe, AZ 85285 | | 2,647.00 | NA | NA | 0.00 |
| | Client Services PO Box 1503 Saint Peters, MO 63376 | | 0.00 | NA | NA | 0.00 |
| | Creditors Protection S 202 W State St Ste 300 Rockford, IL 61101 | | 199.00 | NA | NA | 0.00 |
| | Gemb/jcp PO Box 103104 Roswell, GA 30076 | | 422.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Johnson, Blumberg & Associates 230 W Monroe St Suite 1125 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Mutual Management PO Box 4777 Rockford, IL 61110 | | 0.00 | NA | NA | 0.00 |
| | National City Card Ser 1 Financial Pkwy Kalamazoo, MI 49009 | | 4,800.00 | NA | NA | 0.00 |
| | OSF St Anthony Medical Center PO Box 5065 Rockford, IL 61125 | | 738.88 | NA | NA | 0.00 |
| | Personal Finance Company 1624 DeKalb Avenue Sycamore, IL 60178 | | 3,698.00 | NA | NA | 0.00 |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | 0.00 | NA | NA | 0.00 |
| | Timothy Conklin 2040 Aberdeen Ct Sycamore, IL 60178 | | 0.00 | NA | NA | 0.00 |
| 000008 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 8,271.00 | 8,550.16 | 8,550.16 | 882.39 |
| 000009 | CAPITAL ONE, N.A. | 7100-000 | 2,366.00 | 2,366.71 | 2,366.71 | 244.25 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | CAPITAL RECOVERY V, LLC | 7100-000 | 736.00 | 736.07 | 736.07 | 75.96 |
| 000011 | CAPITAL RECOVERY V, LLC | 7100-000 | 3,510.00 | 3,510.59 | 3,510.59 | 362.30 |
| 000001 | COMED | 7100-000 | 1,076.00 | 993.30 | 993.30 | 102.51 |
| 000003 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | 1,425.00 | 1,425.49 | 1,425.49 | 147.11 |
| 000012 | PNC BANK | 7100-000 | 2,495.00 | 2,816.02 | 2,816.02 | 290.62 |
| 000013 | PNC BANK | 7100-000 | 4,659.00 | 4,800.17 | 4,800.17 | 495.39 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 2,012.00 | 2,012.60 | 2,012.60 | 207.70 |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 0.00 | 47.19 | 47.19 | 4.87 |
| 000006 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 897.00 | 897.58 | 897.58 | 92.63 |
| 000007 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 349.00 | 349.06 | 349.06 | 36.03 |
| 000014 | ROCKFORD MERCANTILE | 7100-000 | 160.00 | 167.35 | 167.35 | 17.27 |
| 000002 | FIFTH THIRD BANK | 7100-001 | 5,891.00 | 7,454.41 | 7,454.41 | 769.31 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 47,031.88 | $ 36,126.70 | $ 36,126.70 | $ 3,728.34 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-82492 | TML | Judge: THOMAS M. LYNCH | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | STANPHILL, ELIZABETH S | | | | Date Filed (f) or Converted (c): | 05/31/11 (f) |
| | | | | | 341(a) Meeting Date: | 07/11/11 |
| For Period Ending: | 06/07/17 | | | | Claims Bar Date: | 05/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4698 Squaw Valley Drive Rockford, IL | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 25.00 | 0.00 | | 0.00 | FA |
| 3. Riverside Bank checking | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 800.00 | 0.00 | | 0.00 | FA |
| 7. Malpractice against Dr. Schiller, Swedish | Unknown | 12,501.00 | | 12,500.00 | FA |
| 8. 2010 Dodge Caliber 7,000 miles | 16,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $199,325.00 | $12,501.00 | | $12,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Uncashed dividends pending turnover to Court.  Once cleared trustee will submit the TDR. April 12, 2017, 11:28 am

Initial Projected Date of Final Report (TFR): 12/01/14      Current Projected Date of Final Report (TFR): 12/01/17

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 20.00a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-82492 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STANPHILL, ELIZABETH S | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******0068  GENERAL CHECKING |
| Taxpayer ID No: | *******0131 | | |
| For Period Ending: | 06/07/17 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 12,247.36 | | 12,247.36 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 14.09 | 12,233.27 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 17.59 | 12,215.68 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 18.15 | 12,197.53 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 18.12 | 12,179.41 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 16.35 | 12,163.06 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 18.07 | 12,144.99 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 17.46 | 12,127.53 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 18.02 | 12,109.51 |
| 06/15/15 | 002001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA  70139 | Chapter 7 Blanket Bond Bond #016018067 | 2300-000 | | 6.26 | 12,103.25 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 17.41 | 12,085.84 |
| 07/07/15 | 002002 | MCGREEVY WILLIAMS | Attorney's Fees - 1st interim fees. | 3110-000 | | 6,000.00 | 6,085.84 |
| 07/07/15 | 002003 | MCGREEVY WILLIAMS | Attorney's Expenses - 1st fee app | 3120-000 | | 120.41 | 5,965.43 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.92 | 5,954.51 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,944.51 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,934.51 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,924.51 |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,914.51 |
| 12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,904.51 |
| 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,894.51 |
| 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,884.51 |
| 03/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,874.51 |
| 04/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,864.51 |
| 05/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,854.51 |
| 06/02/16 | 002004 | INTERNATIONAL SURETIES, LTD. | Bond Premium - Acct  #1000-900-1944 | 2300-000 | | 2.37 | 5,852.14 |

Page Subtotals         12,247.36         6,395.22

Ver: 20.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-82492 -TML | | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | STANPHILL, ELIZABETH S | | | Bank Name: | BOK FINANCIAL |
| | | | | Account Number / CD #: | *******0068 GENERAL CHECKING |
| Taxpayer ID No: | *******0131 | | | | |
| For Period Ending: | 06/07/17 | | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | | | | | |
| 06/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,842.14 |
| 07/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,832.14 |
| 08/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,822.14 |
| 09/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,812.14 |
| 12/28/16 | 002005 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 2,000.00 | 3,812.14 |
| 12/28/16 | 002006 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Expenses | 2200-000 | | 83.80 | 3,728.34 |
| 12/28/16 | 002007 | ComEd<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | Claim 000001, Payment 10.32014% | 7100-000 | | 102.51 | 3,625.83 |
| * 12/28/16 | 002008 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Claim 000002, Payment 10.32020% | 7100-004 | | 769.31 | 2,856.52 |
| 12/28/16 | 002009 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Claim 000003, Payment 10.31996% | 7100-000 | | 147.11 | 2,709.41 |
| 12/28/16 | 002010 | PYOD, LLC its successors/assigns as<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 10.31998% | 7100-000 | | 207.70 | 2,501.71 |
| 12/28/16 | 002011 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788 | Claim 000005, Payment 10.31998% | 7100-000 | | 4.87 | 2,496.84 |

Page Subtotals     0.00     3,355.30

Ver: 20.00a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-82492 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STANPHILL, ELIZABETH S | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******0068 GENERAL CHECKING |
| Taxpayer ID No: | *******0131 | | |
| For Period Ending: | 06/07/17 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Kirkland, WA 98083-0788 | | | | | |
| 12/28/16 | 002012 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000006, Payment 10.31997% | 7100-000 | | 92.63 | 2,404.21 |
| 12/28/16 | 002013 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000007, Payment 10.32201% | 7100-000 | | 36.03 | 2,368.18 |
| 12/28/16 | 002014 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000008, Payment 10.32016% | 7100-000 | | 882.39 | 1,485.79 |
| 12/28/16 | 002015 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000009, Payment 10.32023% | 7100-000 | | 244.25 | 1,241.54 |
| 12/28/16 | 002016 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000010, Payment 10.31967% | 7100-000 | | 75.96 | 1,165.58 |
| 12/28/16 | 002017 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000011, Payment 10.32020% | 7100-000 | | 362.30 | 803.28 |
| 12/28/16 | 002018 | PNC BANK PO BOX 94982 CLEVELAND, OHIO 44101 | Claim 000012, Payment 10.32024% | 7100-000 | | 290.62 | 512.66 |
| 12/28/16 | 002019 | PNC BANK PO BOX 94982 CLEVELAND, OHIO 44101 | Claim 000013, Payment 10.32026% | 7100-000 | | 495.39 | 17.27 |

Page Subtotals          0.00          2,479.57

Ver: 20.00a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-82492 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | STANPHILL, ELIZABETH S | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******0068 GENERAL CHECKING |
| Taxpayer ID No: | *******0131 | | | |
| For Period Ending: | 06/07/17 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/16 | 002020 | Rockford Mercantile<br>2502 S Alpine Rd<br>Rockford, IL 61108 | Claim 000014, Payment 10.31969% | 7100-000 | | 17.27 | 0.00 |
| 04/12/17 | 002021 | U.S. BANKRUPTCY COURT<br>327 SOUTH CHURCH STREET<br>ROCKFORD, IL 61101 | Uncashed Dividends<br>(Claim No. 2 Fifth Third Bank) | 7100-001 | | 769.31 | -769.31 |
| * 04/13/17 | 002008 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -769.31 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 12,247.36 | 12,247.36 | 0.00 |
| | | Less: Bank Transfers/CD's | | 12,247.36 | 0.00 | |
| | | Subtotal | | 0.00 | 12,247.36 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 12,247.36 | |

Page Subtotals          0.00        17.27

Ver: 20.00a

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-82492 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STANPHILL, ELIZABETH S | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******0569  GENERAL CHECKING |
| Taxpayer ID No: | *******0131 | | |
| For Period Ending: | 06/07/17 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/19/13 | 7 | ISMIE MUTUAL INSURANCE COMPANY<br>20 N. MICHIGAN AVE., STE. 700<br>CHICAGO, IL  60602 | SETTLEMENT PROCEEDS | 1149-000 | 12,500.00 | | 12,500.00 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 12.84 | 12,487.16 |
| * 06/04/13 | 000100 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Blanket Bond | 2300-003 | | 10.31 | 12,476.85 |
| 06/04/13 | | CONGRESSIONAL BANK | bank service fee (May, 2013) | 2600-000 | | 13.26 | 12,463.59 |
| * 06/27/13 | 000100 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | BLANKET BOND<br>International Sureties misplaced check | 2300-003 | | -10.31 | 12,473.90 |
| 06/27/13 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Blanket Bond #016018067<br>Replaces check number 100 dated 6/4/13 | 2300-000 | | 10.31 | 12,463.59 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 12.82 | 12,450.77 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 13.22 | 12,437.55 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 13.20 | 12,424.35 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 12.77 | 12,411.58 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 13.18 | 12,398.40 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 12.74 | 12,385.66 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 13.15 | 12,372.51 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 13.14 | 12,359.37 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 11.85 | 12,347.52 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 13.11 | 12,334.41 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 12.68 | 12,321.73 |

Page Subtotals       12,500.00       178.27

Ver: 20.00a

FORM 2          Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**      Exhibit 9

| Case No: | 11-82492 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STANPHILL, ELIZABETH S | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******0569  GENERAL CHECKING |
| Taxpayer ID No: | *******0131 | | |
| For Period Ending: | 06/07/17 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/04/14 | 000102 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 9.98 | 12,311.75 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 13.08 | 12,298.67 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 12.64 | 12,286.03 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 13.04 | 12,272.99 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 13.03 | 12,259.96 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 12.60 | 12,247.36 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 12,247.36 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 12,500.00 | 12,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 12,247.36 | |
| Subtotal | 12,500.00 | 252.64 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 12,500.00 | 252.64 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0068 | 0.00 | 12,247.36 | 0.00 |
| GENERAL CHECKING - ********0569 | 12,500.00 | 252.64 | 0.00 |
| | 12,500.00 | 12,500.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      12,321.73

Ver: 20.00a